IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DON BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 112-042 |
| | ) | |
| STATE OF GEORGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 7).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED WITHOUT**

---

[1] The Magistrate Judge recommended that Plaintiff's complaint be dismissed without prejudice pursuant to the abstention doctrine from Younger v. Harris, 401 U.S. 37, 53 (1971), because of Plaintiff's ongoing state criminal proceeding. In Plaintiff's objections, which are without merit, he complains that the Magistrate Judge did not identify the source of the information concerning the status of his state criminal case. While Plaintiff's objections do not undermine the Magistrate Judge's conclusions, the Court will provide the citation to the publicly available information concerning Plaintiff's ongoing criminal case: State v. Boyd, Case No. 2011RCMC06941 (Richmond County State Ct. Apr. 11, 2011), *available at* http://coc.augustaga.gov (follow "Criminal Search" hyperlink; then search for State Court Case No. 2011RCMC06941); see also United States v. Jones, 29 F.3d 1549, 1553 (11th Cir. 1994) (noting that a court may take judicial notice of another court's records to establish the existence of ongoing litigation and related filings).

**PREJUDICE**, and this civil action shall be **CLOSED**.

SO ORDERED this __11th__ day of July, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA